Rebecca A. Lindemann
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> COPPER RIVER GUIDES, LLC; BRANDON THOMPSON, MACKENZIE FISCHER; STEPHANIE REEVES; and HANNAH BOGDAN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Case No. 3:25-cv-_____ ) ) ) |

## **COMPLAINT FOR DECLARATORY RELIEF**

Plaintiff Philadelphia Indemnity Insurance Company, by and through counsel,

Richmond & Quinn, and pursuant to 28 U.S.C. §§ 2201, 2202, and 1332, hereby asserts

its Complaint for Declaratory Judgment as follows:

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

## PARTIES AND JURISDICTION

1.      Philadelphia Indemnity Insurance Company ("Philadelphia") is a corporation organized under the laws of the Commonwealth of Pennsylvania with its principal place of business in Pennsylvania. Philadelphia has fully complied with all statutory prerequisites for bringing this suit.

2.      Upon information and belief, at all times pertinent to this complaint, defendant Copper River Guides, LLC is an Alaska limited liability company with its principal place of business in Girdwood, Alaska.

3.      Upon information and belief, at all times pertinent to this complaint, defendant Brandon Thompson is an Alaska resident and member of Copper River Guides, LLC.

4.      Upon information and belief, at all times pertinent to this complaint, defendant Mackenzie Fischer is an Alaska resident and member of Copper River Guides, LLC.

5.      Upon information and belief, at all times pertinent to this complaint, defendant Stephanie Reeves is an Alaska resident and member of Copper River Guides, LLC.

6.      Upon information and belief, at all times pertinent to this complaint, defendant Hannah Bogdan is an Alaskan resident who was an employee of Copper River Guides, LLC.

Complaint for Declaratory Relief
<u>Philadelphia Indemnity Insurance Company v. Copper River Guides, et al.</u>, Case No. 3:25-cv-_____
Page 2 of 7

Case 3:25-cv-00158-HRH     Document 1     Filed 07/22/25     Page 2 of 7

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

7.     This is an action for declaratory relief under 28 U.S.C § 2201 and for such additional and further relief as may be required to enforce a declaratory judgment in accordance with 28 U.S.C. § 2202.

8.     This Court has subject matter jurisdiction under 28 U.S.C. § 1332, as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

9.     The amount in controversy is satisfied in this case by the value of the right to be protected or the injury to be prevented. In declaratory judgment cases where damages are uncertain, this alone can satisfy the amount in controversy requirement. The underlying litigation in this case is a wrongful death case pending in Alaska Superior Court, where the minimum amount in controversy is $100,000.

10.     In accordance with 28 U.S.C. § 1391(b)(1) and (2), venue in this district is appropriate as the underlying accident occurred in this district, and the defendant is a resident of this district at the time of this filing. Further, the underlying litigation which gives rise to this declaratory judgment action, was filed in the Alaska Superior Court in Palmer, Alaska in this district.

## **GENERAL ALLEGATIONS**

11.     On July 7, 2024, Deborah Burke, James Burke, and Parker Best participated in a "rafting expedition" organized and operated by Copper River Guides on the Copper River and its tributary Klutina River in Alaska.

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

Complaint for Declaratory Relief
Philadelphia Indemnity Insurance Company v. Copper River Guides, et al., Case No. 3:25-cv-_____
Page 3 of 7

12.     During the expedition, the raft occupied by Deborah Burke, James Burke, and Parker Best encountered an obstruction causing the raft to become pinned. As a result of the incident, Deborah Burke drowned, and James Burke and Parker Best suffered physical and/or emotional injuries.

13.     On or about May 8, 2025, James Burke, on his own behalf and as personal representative of the Estate of Deborah Burke, and Parker Best, by and through his mother, Katherine Best, ("underlying plaintiffs") filed a personal injury and wrongful death lawsuit against Copper River Guides, Brandon Thompson, Mackenzie Fischer, Stephanie Reeves, and Hannah Bogdan. The associated complaint is attached and incorporated herein as Exhibit A.

14.     The underlying plaintiffs allege that they participated in a "rafting expedition." The underlying complaint is devoid of any reference or mention to fishing.

15.     At the time of the July 7, 2024 incident, Copper River Guides was insured under a Guide and Outfitter Policy, Policy No. PHPK2683326. A copy of the Philadelphia policy is attached hereto as Exhibit B.

16.     The Philadelphia policy contains an endorsement titled "Limitation of Coverage to Designated Activities" which limits the scope of coverage available under the policy as follows:

**SCHEDULE**

**Activities:**
Guided Fishing Operations

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

This insurance applies only to "bodily injury," "property damage," "personal and advertising injury," and medical expenses arising out of the **Activities** listed in the above **SCHEDULE**.

17.     Six months after the incident, on January 9, 2025, Copper River Guides requested that the schedule be amended to add rafting as a covered activity under the policy.

18.     Copper River Guides reported the incident to Philadelphia on July 8, 2024. Philadelphia informed Copper River Guides that it was investigating coverage and, on several occasions, requested information as to whether the trip at issue included guided fishing operations. No additional information regarding the trip has been provided by Copper River Guides or its members to Philadelphia.

19.     Copper River Guides reported the underlying lawsuit to Philadelphia on June 4, 2025. In response, Philadelphia agreed to pay the reasonable costs of the defense of the underlying complaint subject to a full reservation of rights to disclaim any duty to defend or indemnify Copper River Guides, Brandon Thompson, Mackenzie Fischer, Stephanie Reeves, or Hannah Bogdan.[1]

20.     The liability insurance provided by Philadelphia is limited by the terms of the policies' grants and exclusions of coverage.

21.     The policy only provides coverage for claims alleging bodily injury that arise out of guided fishing operations.

_____

[1] Exhibit C.

Complaint for Declaratory Relief
Philadelphia Indemnity Insurance Company v. Copper River Guides, et al., Case No. 3:25-cv-_____
Page 5 of 7

LAW OFFICES
**RICHMOND & QUINN**
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

# CLAIM FOR DECLARATORY RELIEF

22.     Philadelphia incorporates by reference all allegations in paragraphs 1 through 21.

23.     Philadelphia is entitled to a declaration that it has no duty to defend Copper River Guides or any of its members or employees for the allegations asserted in the underlying complaint under the terms of Philadelphia policy number PHPK2683326 for the policy period of 05/01/2024-05/01/2025.

24.     Philadelphia is entitled to a declaration that it has no duty to indemnify Copper River Guides or any of its members or employees for the allegations asserted in the underlying complaint under the terms of Philadelphia policy number PHPK2683326 for the policy period of 05/01/2024-05/01/2025.

WHEREFORE, Philadelphia respectfully prays for relief as follows:

1.     For a judgment declaring that the damages claimed in the underlying complaint are not covered under Philadelphia policy number PHPK2683326 for the policy period of 05/01/2024-05/01/2025.

2.     For a judgment declaring that Philadelphia has no duty to indemnify the insured, its members, or its employees for any judgment or damages in connection with the underlying complaint.

3.     For a judgment declaring that Philadelphia has no duty to defend the insured, its members or its employees against the claims made in connection with the underlying complaint.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5727
FACSIMILE (907) 276-2953

4.      For recoverable costs and attorney fees.

5.      For such other relief as the court deems just and proper.


DATED this 21st day of July 2025 at Anchorage, Alaska.

RICHMOND & QUINN


By /s/ Rebecca A. Lindemann
    Rebecca A. Lindemann
    Alaska Bar No. 1309051
    360 K Street, Suite 200
    Anchorage, AK  99501
    Ph:  (907) 276-5727
    Fax:  (907) 276-2953
    rlindemann@richmondquinn.com


2303.008\PLD\Complaint.docx

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501
TELEPHONE: (907) 276-5727
FACSIMILE: (907) 276-2953

Complaint for Declaratory Relief
Philadelphia Indemnity Insurance Company v. Copper River Guides, et al., Case No. 3:25-cv-_____
Page 7 of 7

Case 3:25-cv-00158-HRH      Document 1      Filed 07/22/25      Page 7 of 7